IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERENCE LEE YOUNG, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CV 03-H-1239-S |
| | } | |
| DR. L. BERRIES, | } | |
| | } | |
| Defendant. | } | |
| | } | |

**MEMORANDUM OPINION**

In this action, which is filed pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), the plaintiff complains about the medical treatment he has received from prison officials since being transferred to the Federal Correctional Institution at Talladega, Alabama. He also complains about the way he has been treated since filing this lawsuit. On October 8, 2003, the magistrate judge entered a report and recommendation, finding that this matter is due to be dismissed due to the plaintiff's failure to exhaust his administrative remedies. (Doc. 8).

On October 22, 2003, the plaintiff filed a document wherein he asks for an additional chance to submit proper documentation and avoid dismissal of this lawsuit. (Doc. 11). Included with this pleading are various affidavits and other documents. Construing the pleading broadly, the court is treating it as an objection to the report and recommendation of the magistrate judge.

After reviewing the pleading and the attachments, the court finds that the documents fail to demonstrate that the plaintiff has exhausted his administrative remedies. Although he has

presented some of his claims to certain persons within the Bureau of Prisons ("BOP"), he has failed to demonstrate that all available remedies have been pursued. For instance, there is no evidence that he has pursued his claims to the highest level of BOP review through the use of a "BP-11". Accordingly, the court concludes that the present complaint is due to be dismissed without prejudice.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation of the magistrate judge and what the court deems to be the plaintiff's objections thereto, the court is of the opinion that the magistrate judge's report and recommendation is due to be and hereby is adopted. Accordingly, the plaintiff's complaint is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). An order consistent with this finding will be entered contemporaneously herewith.

DONE, this 24th day of November, 2003.

JAMES H. HANCOCK
Senior United States District Judge